IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:23-cv-00016-MR

| | | |
|---|---|---|
| CHRISTOPHER ANTHONY JUDD, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| BUNCOMBE COUNTY, et al., | ) | **ORDER** |
| Defendants. | ) | |

**THIS MATTER** is before the Court sua sponte.

The pro se Plaintiff filed the Complaint pursuant to 42 U.S.C. § 1983 on January 11, 2023, addressing incidents that allegedly occurred at the Buncombe County Detention Center in 2016 and in 2019. [Doc. 1]. On November 28, 2023, the Court notified the Plaintiff that the Complaint appeared to be time-barred on its face, and it ordered the Plaintiff to file a memorandum within 30 days, explaining why the Complaint is timely. [Doc. 17]. The Court cautioned him that "[i]f Plaintiff fails to timely comply, the Complaint will likely be dismissed with prejudice as time-barred without further notice." [Id. at 3].

The Plaintiff has not responded to the Court's Order, and the time to do so has expired. This action will, therefore, be dismissed with prejudice as time-barred for the reasons previously discussed. [See id.].

## ORDER

**IT IS, THEREFORE, ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915A and 1915(e).

The Clerk is respectfully instructed to close this case.

**IT IS SO ORDERED.**

Signed: January 15, 2024

Martin Reidinger
Chief United States District Judge